IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Nicole Maria Turano<br>aka Nicole M Turano, dba LuLaRoe, aka Nicole Turano, aka Nikki Maria Turano, aka Nikki Turano, dba LuLaRoe - Nicole Turano, aka Nicole Christiano, aka Nikki M Turano<br>&amp;<br>    Richard Michael Turano<br>aka Rich Turano, Jr., aka Richard M Turano, aka Richard M Turano, Jr., aka Richard Turano, aka Rich Michael Turano, aka Rich Turano, aka Richard Turano, Jr., aka Richard Michael Turano, Jr., aka Rich M Turano<br>                          **Debtor(s)** | BK NO. 17-04734 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Fifth Third Bank and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594