```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04734-RNO
Richard Michael Turano                                          Chapter 7
Nicole Maria Turano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin            Page 1 of 1            Date Rcvd: Mar 13, 2018
                              Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
db/jdb         +Richard Michael Turano,   Nicole Maria Turano,   417 Marion Street,   Brownsdale, PA 18421-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Raymond W. Ferrario    on behalf of Debtor 1 Richard Michael Turano raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor 2 Nicole Maria Turano raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard Michael Turano<br>aka Richard M Turano, aka Richard M Turano Jr., aka Richard Turano, aka Rich Turano Jr., aka Rich Michael Turano, aka Rich M Turano, aka Rich Turano, aka Richard Turano Jr., aka Richard Michael Turano Jr.<br>417 Marion Street<br>Browndale, PA 18421<br><br>Nicole Maria Turano<br>aka Nicole Christiano, aka Nicole Turano, aka Nicole M Turano, aka Nikki Maria Turano, aka Nikki M Turano, aka Nikki Turano, dba LuLaRoe, dba LuLaRoe – Nicole Turano<br>417 Marion Street<br>Browndale, PA 18421 | Chapter 7<br>Case No. 5:17−bk−04734−RNO |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3016
xxx−xx−6589

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 12, 2018

BY THE COURT
By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk